General, for respondent. *Melvin L. Wulf* and *Sam Houston Clinton, Jr.,* for American Civil Liberties Union et al., as *amici curiae,* in support of the petition. █

No. 1322, Misc. NEUENFELDT *v.* WISCONSIN. Sup. Ct. Wis. *Irving D. Gaines* for petitioner. █

No. 1333, Misc. OPELA *v.* UNITED STATES. C. A. 5th Cir. Petitioner *pro se. Solicitor General Marshall* for the United States. █

No. 1373, Misc. MORGAN *v.* UNITED STATES. C. A. 10th Cir. *Paul C. Duncan, Jr.,* for petitioner. *Solicitor General Marshall* for the United States. █

No. 1378, Misc. BIRD *v.* ARIZONA. Sup. Ct. Ariz. *John J. Flynn* for petitioner. *Darrell F. Smith,* Attorney General of Arizona, and *Gary K. Nelson,* Assistant Attorney General, for respondent. █

No. 1500, Misc. FREEMAN *v.* KANSAS. Sup. Ct. Kan. Petitioner *pro se. Robert D. Hecht* for respondent. █

No. 1548, Misc. ATHERTON *v.* OREGON. Sup. Ct. Ore. Petitioner *pro se. George Van Hoomissen* and *George M. Joseph* for respondent. █

No. 595, Misc. NELSON *v.* CALIFORNIA. Dist. Ct. App. Cal., 4th App. Dist. *J. Perry Langford* for peti-